# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hixson, Thomas S. | U.S. District Court for the Northern District of California | 07/09/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge (FT) | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final | 01/01/2019 **to** 12/31/2019 |
| | 5b. ☐ Amended Report | |

**7. Chambers or Office Address**

San Francisco Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Association of Business Trial Lawyers |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 01/01/2015 | Morgan, Lewis & Bockius Cash Balance Pension Plan |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hixson, Thomas S. | 07/09/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hixson, Thomas S. | 07/09/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hixson, Thomas S. | 07/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. Bank of America (cash) | A | Interest | K | T | | | | | |
| 3. Capital One (cash) | B | Interest | M | T | | | | | |
| 4. Goldman Sachs (cash) | C | Interest | M | T | Open | 02/05/19 | M | | |
| 5. HSBS Bank (cash) | C | Interest | M | T | Open | 04/24/19 | M | | |
| 6. IRA #1 (H) | | | | | | | | | |
| 7. Charles Schwab Bank Sweep (cash) | A | Dividend | K | T | | | | | |
| 8. Schwab Intl Equity ETF (SCHF) | C | Dividend | L | T | Buy<br>(add'l) | 01/02/19 | J | | |
| 9. Schwab US Large Cap ETF (SCHX) | D | Dividend | M | T | | | | | |
| 10. Schwab US Small Cap ETF (SCHA) | B | Dividend | M | T | | | | | |
| 11. BMO Interm Tax Free CL Y (MITFX) | B | Dividend | L | T | | | | | |
| 12. Northern CA Inter Tax Exempt Fd (NCITX) | B | Dividend | L | T | | | | | |
| 13. Lazard Intl Strategic Equity Open Shs (LISOX) | B | Dividend | L | T | | | | | |
| 14. Schwab Total Stock Mkt Index (SWTSX) | D | Dividend | N | T | | | | | |
| 15. IRA #2 (H) | | | | | | | | | |
| 16. Fidelity Govt Money Market (SPAXX) | B | Dividend | K | T | | | | | |
| 17. Fidelity Intl Enhanced Ix Fd (FIENX) | C | Dividend | M | T | Buy<br>(add'l) | 01/29/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hixson, Thomas S. | 07/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. | | | | | Buy (add'l) | 02/12/19 | J | | |
| 19. | | | | | Buy (add'l) | 03/21/19 | J | | |
| 20. | | | | | Buy (add'l) | 04/09/19 | J | | |
| 21. | | | | | Buy (add'l) | 05/07/19 | J | | |
| 22. Fidelity Total Bond (FTBFX) | D | Dividend | M | T | Buy (add'l) | 01/29/19 | J | | |
| 23. | | | | | Buy (add'l) | 02/12/19 | J | | |
| 24. | | | | | Buy (add'l) | 03/21/19 | J | | |
| 25. | | | | | Buy (add'l) | 04/09/19 | J | | |
| 26. | | | | | Buy (add'l) | 05/07/19 | J | | |
| 27. iShares Core S&P Total US Stock Mkt ETF (ITOT) | D | Dividend | N | T | Buy (add'l) | 01/02/19 | J | | |
| 28. | | | | | Buy (add'l) | 01/30/19 | J | | |
| 29. | | | | | Buy (add'l) | 02/13/19 | J | | |
| 30. | | | | | Buy (add'l) | 03/22/19 | J | | |
| 31. | | | | | Buy (add'l) | 04/10/19 | J | | |
| 32. | | | | | Buy (add'l) | 05/08/19 | J | | |
| 33. | | | | | Buy (add'l) | 06/26/19 | J | | |
| 34. iShares Core S&P 500 ETF (IVV) | D | Dividend | N | T | Buy (add'l) | 01/02/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hixson, Thomas S.** | 07/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Buy<br>(add'l) | 01/30/19 | J | | |
| 36. | | | | | Buy<br>(add'l) | 02/13/19 | J | | |
| 37. | | | | | Buy<br>(add'l) | 04/10/19 | J | | |
| 38. | | | | | Buy<br>(add'l) | 05/08/19 | J | | |
| 39. | | | | | Buy<br>(add'l) | 06/26/19 | J | | |
| 40.   iShares Core S&P Mid-Cap ETF (IJH) | B | Dividend | M | T | Buy<br>(add'l) | 01/02/19 | J | | |
| 41. | | | | | Buy<br>(add'l) | 01/30/19 | J | | |
| 42. | | | | | Buy<br>(add'l) | 02/13/19 | J | | |
| 43. | | | | | Buy<br>(add'l) | 03/22/19 | J | | |
| 44. | | | | | Buy<br>(add'l) | 04/10/19 | J | | |
| 45. | | | | | Buy<br>(add'l) | 05/08/19 | J | | |
| 46. | | | | | Buy<br>(add'l) | 06/26/19 | J | | |
| 47.   iShares Core S&P Small-Cap ETF (IJR) | B | Dividend | M | T | Buy<br>(add'l) | 01/02/19 | J | | |
| 48. | | | | | Buy<br>(add'l) | 01/30/19 | J | | |
| 49. | | | | | Buy<br>(add'l) | 02/13/19 | J | | |
| 50. | | | | | Buy<br>(add'l) | 03/22/19 | J | | |
| 51. | | | | | Buy<br>(add'l) | 04/10/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B (1) Amount Code 1 (A-H) | B (2) Type (e g , div , rent, or int ) | C (1) Value Code 2 (J-P) | C (2) Value Method Code 3 (Q-W) | D (1) Type (e g , buy, sell, redemption) | D (2) Date mm/dd/yy | D (3) Value Code 2 (J-P) | D (4) Gain Code 1 (A-H) | D (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. | | | | | Buy (add'l) | 05/08/19 | J | | |
| 53. | | | | | Buy (add'l) | 06/26/19 | J | | |
| 54. iShares Trust Core MSCI Total Intl Stk ETF (IXUS) | C | Dividend | M | T | Buy (add'l) | 01/02/19 | J | | |
| 55. | | | | | Buy (add'l) | 01/30/19 | J | | |
| 56. | | | | | Buy (add'l) | 02/13/19 | J | | |
| 57. | | | | | Buy (add'l) | 03/22/19 | J | | |
| 58. | | | | | Buy (add'l) | 04/10/19 | J | | |
| 59. | | | | | Buy (add'l) | 05/08/19 | J | | |
| 60. | | | | | Buy (add'l) | 06/26/19 | J | | |
| 61. RETIREMENT ACCT #1 (H) | | | | | | | | | |
| 62. ML&B Cash Balance Plan (cash) | | None | M | T | | | | | |
| 63. Vanguard Tot Intl Stock Ix Inst (VTSNX) | D | Dividend | N | T | | | | | |
| 64. Vanguard Total Bond Mkt Index Inst (VBTIX) | C | Dividend | M | T | | | | | |
| 65. Vanguard Extended Mkt Index Inst (VIEIX) | B | Dividend | N | T | | | | | |
| 66. Vanguard Inst Index Fund Inst Plus (VIIIX) | D | Dividend | O | T | | | | | |
| 67. RETIREMENT ACCT #2 (H) | | | | | | | | | |
| 68. Vanguard Tot Intl Stock Ix Inst (VTSNX) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hixson, Thomas S.** | 07/09/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Vanguard Total Bond Mkt Index Inst (VBTIX) | A | Dividend | K | T | | | | | |
| 70. Vanguard Extended Mkt Index Inst (VIEIX) | A | Dividend | K | T | | | | | |
| 71. Vanguard Inst Index Fund Inst Plus (VIIIX) | B | Dividend | L | T | | | | | |
| 72. BROKERAGE #1 (H) | | | | | | | | | |
| 73. Schwab Bank Savings Sweep (cash) | A | Interest | K | T | | | | | |
| 74. Charles Schwab US REIT ETF (SCHH) | A | Dividend | J | T | | | | | |
| 75. iShares Gold ETF (IAU) | | None | J | T | | | | | |
| 76. Schwab Emerg Mkts Equity ETF (SCHE) | A | Dividend | J | T | | | | | |
| 77. Schwab Fund Emg Mkts Large ETF IV (FNDE) | A | Dividend | K | T | Buy (add'l) | 12/18/19 | J | | |
| 78. Schwab Fund Inl Large Com ETF (FNDF) | B | Dividend | K | T | | | | | |
| 79. Schwab Fund Intl Small Com ETF (FNDC) | A | Dividend | K | T | Buy (add'l) | 12/18/19 | J | | |
| 80. Schwab Fund US Large ETF IV (FNDX) | B | Dividend | K | T | | | | | |
| 81. Schwab Fund US Small Com ETF (FNDA) | A | Dividend | K | T | | | | | |
| 82. Schwab Intermed Term US Treas ETF (SCHR) | A | Dividend | K | T | | | | | |
| 83. Schwab Intl Equity ETF (SCHF) | A | Dividend | K | T | Buy (add'l) | 12/18/19 | J | | |
| 84. Schwab Intl Small Cap Eqy ETF (SCHC) | A | Dividend | J | T | | | | | |
| 85. Schwab US Large Cap ETF (SCHX) | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hixson, Thomas S. | 07/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. Schwab US Small Cap ETF (SCHA) | A | Dividend | K | T | | | | | |
| 87. Schwab US TIPS ETF (SCHP) | A | Dividend | K | T | Buy (add'l) | 12/18/19 | J | | |
| 88. SPDR Blmbrg Brcly Emg Mkt Lcl ETF (EBND) | A | Dividend | J | T | Buy (add'l) | 12/18/19 | J | | |
| 89. SPDR Intermed Term ETF (SPIB) | A | Dividend | J | T | | | | | |
| 90. Vaneck Vectors JPMorgan Emerg Mkts Loc Curr Bd ETF (EMLC) | A | Dividend | J | T | | | | | |
| 91. Vanguard Global Ex US Real Est ETF IV (VNQI) | A | Dividend | J | T | | | | | |
| 92. Vanguard Mortgage Backed Sec ETF (VMBS) | A | Dividend | K | T | | | | | |
| 93. Xtrackers USD High Yield Cor Bnd ETF (HYLB) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hixson, Thomas S. | 07/09/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

| Name of Person Reporting | Date of Report |
| --- | --- |
| Hixson, Thomas S. | 07/09/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas S. Hixson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544